## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re: MICHIGAN BIODIESEL LLC § Case No. 10-05786
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

    THOMAS R. TIBBLE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                           Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $826,403.33      Claims Discharged
                                                  Without Payment: N/A

Total Expenses of Administration: $795,905.89

---

    3) Total gross receipts of $ 1,622,309.22 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,622,309.22 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,160,000.00 | $3,143,724.44 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 601,655.42 | 553,705.40 | 553,705.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 242,200.49 | 242,200.49 | 242,200.49 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 12,850,128.66 | 629,549.36 | 629,549.36 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,197,713.75 | 4,849,541.05 | 1,535,351.83 | 196,853.97 |
| **TOTAL DISBURSEMENTS** | $6,357,713.75 | $21,687,250.06 | $2,960,807.08 | $1,622,309.22 |

4) This case was originally filed under Chapter 11 on May 02, 2010 and it was converted to Chapter 7 on December 12, 2012. The case was pending for 72 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/04/2018          By: /s/THOMAS R. TIBBLE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| settlement of Indiana Michigan Power adversary | 1249-000 | 4,027.36 |
| monies transferred from Ch 11 operating account | 1290-010 | 277,872.91 |
| Court ordered IRS tax escrow funds | 1290-010 | 685,818.98 |
| settlement of lawsuit against Board | 1249-000 | 201,000.22 |
| litigation against Tall Pines | 1249-000 | 438,000.00 |
| preference recovery from Foster Energy Services | 1241-000 | 8,422.00 |
| adversary settlement with Alexander Chemical | 1249-000 | 4,777.75 |
| premium refund from Nationwide Agribusiness | 1290-000 | 2,390.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,622,309.22** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | BANK OF AMERICA, N.A. | 4110-000 | 3,160,000.00 | 3,143,724.44 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,160,000.00** | **$3,143,724.44** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS R. TIBBLE | 2100-000 | N/A | 71,937.38 | 48,687.38 | 48,687.38 |
| Trustee Expenses - THOMAS R. TIBBLE | 2200-000 | N/A | 6,803.94 | 6,803.94 | 6,803.94 |
| Clerk of the Court Costs (includes adversary and other filing fees) - UNITED | 2700-000 | N/A | 6,153.00 | 6,153.00 | 6,153.00 |
| Other - Miller Johnson | 3210-000 | N/A | 124,927.89 | 124,927.89 | 124,927.89 |
| Other - Miller Johnson | 3210-000 | N/A | 51,305.50 | 51,305.50 | 51,305.50 |
| Other - Miller Johnson | 3210-000 | N/A | 80,445.50 | 80,445.50 | 80,445.50 |
| Other - Miller Johnson | 3210-000 | N/A | 86,000.00 | 86,000.00 | 86,000.00 |
| Other - Swanson Midgley LLC | 3210-600 | N/A | 32,799.75 | 32,799.75 | 32,799.75 |
| Other - Neil J. Hirshberg PC | 3210-600 | N/A | 19,110.00 | 19,110.00 | 19,110.00 |
| Other - Miller Johnson | 3210-600 | N/A | 1,982.99 | 1,982.99 | 1,982.99 |
| Other - Miller Johnson | 3220-000 | N/A | 1,137.45 | 1,137.45 | 1,137.45 |
| Other - Miller Johnson | 3220-000 | N/A | 5,439.08 | 5,439.08 | 5,439.08 |
| Other - Miller Johnson | 3220-000 | N/A | 14,443.87 | 14,443.87 | 14,443.87 |
| Other - Swanson Midgley LLC | 3220-610 | N/A | 1,980.50 | 1,980.50 | 1,980.50 |
| Accountant for Trustee Fees (Trustee Firm) - Tibble & Wesler CPA | 3310-000 | N/A | 35,631.50 | 35,631.50 | 35,631.50 |
| Other - Michigan Department of Treasury | 2820-000 | N/A | 24,375.02 | 0.00 | 0.00 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee | 2950-000 | N/A | 1,300.00 | 975.00 | 975.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.63 | 12.63 | 12.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 199.66 | 199.66 | 199.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,120.54 | 1,120.54 | 1,120.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 575.69 | 575.69 | 575.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 521.72 | 521.72 | 521.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 425.51 | 425.51 | 425.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 461.88 | 461.88 | 461.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 531.02 | 531.02 | 531.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 769.67 | 769.67 | 769.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,013.70 | 1,013.70 | 1,013.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 898.24 | 898.24 | 898.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 929.07 | 929.07 | 929.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,023.84 | 1,023.84 | 1,023.84 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 939.37 | 939.37 | 939.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 790.76 | 790.76 | 790.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 883.99 | 883.99 | 883.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 773.36 | 773.36 | 773.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 862.50 | 862.50 | 862.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 834.26 | 834.26 | 834.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 725.54 | 725.54 | 725.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 903.09 | 903.09 | 903.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 662.72 | 662.72 | 662.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 617.65 | 617.65 | 617.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 704.94 | 704.94 | 704.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 659.87 | 659.87 | 659.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 636.95 | 636.95 | 636.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 701.87 | 701.87 | 701.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 678.89 | 678.89 | 678.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 634.15 | 634.15 | 634.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 698.84 | 698.84 | 698.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 654.10 | 654.10 | 654.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 631.39 | 631.39 | 631.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 717.54 | 717.54 | 717.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 627.85 | 627.85 | 627.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 626.92 | 626.92 | 626.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 712.49 | 712.49 | 712.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 625.06 | 625.06 | 625.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 624.20 | 624.20 | 624.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 709.40 | 709.40 | 709.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 622.35 | 622.35 | 622.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 707.21 | 707.21 | 707.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 641.90 | 641.90 | 641.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 619.61 | 619.61 | 619.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 682.82 | 682.82 | 682.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 680.36 | 680.36 | 680.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 901.79 | 901.79 | 901.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 787.99 | 787.99 | 787.99 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 871.24 | 871.24 | 871.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 676.40 | 676.40 | 676.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 563.80 | 563.80 | 563.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 511.74 | 511.74 | 511.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 493.97 | 493.97 | 493.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $601,655.42 | $553,705.40 | $553,705.40 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas Tibble, Trustee | 6101-000 | N/A | 114,081.82 | 114,081.82 | 114,081.82 |
| Thomas Tibble, Trustee | 6102-000 | N/A | 2,711.50 | 2,711.50 | 2,711.50 |
| Miller Johnson | 6110-000 | N/A | 4,365.00 | 4,365.00 | 4,365.00 |
| Miller Johnson | 6110-000 | N/A | 86,471.00 | 86,471.00 | 86,471.00 |
| Miller Johnson | 6120-000 | N/A | 7,251.62 | 7,251.62 | 7,251.62 |
| Frank & Frank PC | 6210-160 | N/A | 15,000.00 | 15,000.00 | 15,000.00 |
| Michigan Protein | 6990-000 | N/A | 12,319.55 | 12,319.55 | 12,319.55 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $242,200.49 | $242,200.49 | $242,200.49 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Michigan Department of Treasury | 5800-000 | N/A | 2,015,139.52 | 0.00 | 0.00 |
| 8 | Internal Revenue Service | 5800-000 | N/A | 291,925.83 | 0.00 | 0.00 |
| 9 -2 | Internal Revenue Service | 5800-000 | N/A | 10,543,063.31 | 629,549.36 | 629,549.36 |
| 14P | Michigan Department of Treasury | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Lori Joza | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $12,850,128.66 | $629,549.36 | $629,549.36 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ashland Inc | 7100-000 | 38,000.00 | 19,000.00 | 19,000.00 | 2,435.28 |
|  | U.S. Bankruptcy Court - Ashland Inc | 7100-001 | N/A | N/A | N/A | 0.79 |
| 2 | Arrow Uniform | 7100-000 | 437.86 | 506.62 | 0.00 | 0.00 |
| 5 | Michigan Department of Treasury | 7100-000 | N/A | 200,000.00 | 0.00 | 0.00 |
| 6 | ROI-NA Inc fka IPA | 7100-000 | 7,229.28 | 7,229.28 | 7,229.28 | 926.59 |
|  | U.S. Bankruptcy Court - ROI-NA Inc fka IPA | 7100-001 | N/A | N/A | N/A | 0.31 |
| 10 | Brenner Oil Company | 7100-000 | N/A | 1,506,841.30 | 1,506,841.30 | 193,198.51 |
| 11 | Brenner Oil Company | 7100-000 | N/A | 1,506,841.30 | 0.00 | 0.00 |
| 12 | Brenner Oil Company | 7100-000 | 1,798,909.80 | 1,506,841.30 | 0.00 | 0.00 |
| 14U | Michigan Department of Treasury | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 15 | Pathfinder Engineering, Inc. | 7100-000 | 4,562.50 | 2,281.25 | 2,281.25 | 292.39 |
|  | U.S. Bankruptcy Court - Pathfinder Engineering, Inc. | 7100-001 | N/A | N/A | N/A | 0.10 |
| 16 | Kelly Fuels Corp. | 7100-000 | N/A | 100,000.00 | 0.00 | 0.00 |
| NOTFILED | Michiana Forklift | 7100-000 | 394.77 | N/A | N/A | 0.00 |
| NOTFILED | Michigan BioDiesel Escrow | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Great Lakes Feed And Energy Corp. | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Hubbard, Fox, Thomas, White & Beng | 7100-000 | 6,006.51 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Mechanical Services, Inc. | 7100-000 | 65,529.72 | N/A | N/A | 0.00 |
| NOTFILED | Michigan BioDiesel Escrow | 7100-000 | 652,389.00 | N/A | N/A | 0.00 |
| NOTFILED | Nature's Fuel Atwood, LLC | 7100-000 | 6,122.40 | N/A | N/A | 0.00 |
| NOTFILED | Progressive Business Publications | 7100-000 | 299.00 | N/A | N/A | 0.00 |
| NOTFILED | International Credit Recovery, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Schneider National, Inc. | 7100-000 | 2,982.71 | N/A | N/A | 0.00 |
| NOTFILED | SICR, Inc. | 7100-000 | 5,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Dean Boiler, Inc. | 7100-000 | 7,071.36 | N/A | N/A | 0.00 |
| NOTFILED | Nature's Fuel Atwood, LLC | 7100-000 | 6,122.40 | N/A | N/A | 0.00 |
| NOTFILED | Brenner Oil Company | 7100-000 | 298,909.82 | N/A | N/A | 0.00 |
| NOTFILED | Brenner Holding Company | 7100-000 | 157,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Lori Joza | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | C P Renewable Energy | 7100-000 | 109,396.62 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $3,197,713.75 | $4,849,541.05 | $1,535,351.83 | $196,853.97 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-05786  
**Case Name:** MICHIGAN BIODIESEL LLC  
**Period Ending:** 12/04/18

**Trustee:** (420150) THOMAS R. TIBBLE  
**Filed (f) or Converted (c):** 12/12/12 (c)  
**§341(a) Meeting Date:** 01/14/13  
**Claims Bar Date:** 08/28/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | none-see memo<br>Chapter 11 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | settlement of Indiana Michigan Power adversary (u) | 4,027.36 | 4,027.36 | | 4,027.36 | FA |
| 3 | monies transferred from Ch 11 operating account (u) | 252,000.00 | 252,000.00 | | 277,872.91 | FA |
| 4 | Court ordered IRS tax escrow funds (u) | 685,818.98 | 685,919.98 | | 685,818.98 | FA |
| 5 | settlement of lawsuit against Board (u) | 200,000.00 | 200,000.00 | | 201,000.22 | FA |
| 6 | litigation against Michigan Protein (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | litigation against Tall Pines (u) | 998,500.00 | 438,000.00 | | 438,000.00 | FA |
| 8 | preference recovery from Foster Energy Services (u) | 8,422.00 | 8,422.00 | | 8,422.00 | FA |
| 9 | adversary settlement with Alexander Chemical (u) | 4,777.75 | 4,777.75 | | 4,777.75 | FA |
| 10 | premium refund from Nationwide Agribusiness (u) | 2,390.00 | 2,390.00 | | 2,390.00 | FA |
| 11 | none-see memo<br>Chapter 11 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | none-see memo<br>Chapter 11 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | none-see memo<br>Chapter 11 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | none-see memo<br>Chapter 11 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | none-see memo<br>Chapter 11 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | none-see memo<br>Chapter 11 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | none-see memo<br>Chapter 11 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | none-see memo<br>Chapter 11 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | none-see memo (u)<br>chapter 11 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | none-see memo (u) | 0.00 | 0.00 | | 0.00 | FA |

Printed: 12/04/2018 11:15 AM    V.14.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-05786  
**Case Name:** MICHIGAN BIODIESEL LLC  

**Period Ending:** 12/04/18  

**Trustee:** (420150) THOMAS R. TIBBLE  
**Filed (f) or Converted (c):** 12/12/12 (c)  
**§341(a) Meeting Date:** 01/14/13  
**Claims Bar Date:** 08/28/13  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Chapter 11 | | | | | |
| 20  Assets  **Totals** (Excluding unknown values) | $2,155,936.09 | $1,595,537.09 | | $1,622,309.22 | $0.00 |

**Major Activities Affecting Case Closing:**

11/27/18-TDR filed

09/25/18-Amended Cert of Distribution; supplemental checks issued

05/23/18-final checks issued

04/13/18-TFR filed

10/30/17-former mgr pled guilty to charges and is now incarcerated for 1-5 years

06/28/17-reviewing distribution with IRS

12/21/16-finalized settlement with ins co; final Notices filed

11/11/16-settled insurance proceeds dispute. Expect $143000 in full settlement of adversary

06/20/16-Indictments against former mgr John Oakley & co-conspirator filed

05/25/16-fire at co-conspirator's home resulted in 100% loss. Insurance company has been notified to freeze pmts as we pursue equity

03/31/16-debtors agreed, per 1/8/16 settlement to move out or pay $75,000 to settle adversary judgment. Deadline was March 18; debtors have not paid funds and eviction proceedings will be filed soon.

09/29/15-Mediation hearing set for 11/17/15

09/22/15-settlement of adversary related to potential criminal prosecution. Discovery is continuing in State court

06/30/15-final item to complete case is collection activity. Special counsel is taking court supervised depositions. Potential criminal complaint is causing slow resolution of collections.

01/31/15-final collection attempts are underway

09/30/14-collected funds in 3rd qtr; expect to close by 3/31/15

05/15/14-ongoing discussions and pursuit of preferences

12/18/13-since 8/1/12 we have pursued settlements against MBD Board of Directors and settled for $200K with ongoing payments. Also sued Michigan Protein (client) for recovery of $360k preference; settlement discussions beginning, trial expected spring 2014. Regarding Tall Pines, filed adversaries against Daniels who received the $998K in tax rebates. Also sued people he distributed monies to including several family menbers and business associates. From these adversaries, 1 settlement for $280k, expecting $$ January 2014.

09/30/13-ongoing litigation; payment being made

05/29/13-Notice of Possible Dividends; mediation concluded re Board settlement. Awaiting outcome of 2 other lawsuits

03/22/13-continuing to settle adversaries and receive money; several yet to settle

01/18/13-filed Amended Sept. 2012, October 2012, and November 2012 Ch 11 Trustee Reports

01/14/13-341 Meeting of Creditors held

12/31/13-will transfer funds from Ch 11 operating acct to Ch 7 account

12/12/12-Order converting case to Chapter 7; ongoing litigation

11/09/12-filed September, 2012 Ch 11 Trustee Report

10/05/12-filed August 2012 Ch 11 Trustee Report

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-05786  
**Case Name:** MICHIGAN BIODIESEL LLC  

**Trustee:** (420150) THOMAS R. TIBBLE  
**Filed (f) or Converted (c):** 12/12/12 (c)  
**§341(a) Meeting Date:** 01/14/13  

**Period Ending:** 12/04/18  

**Claims Bar Date:** 08/28/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

08/23/12-filed July 2012 Ch 11 Trustee Report

07/23/12-filed June 2012 Ch 11 Trustee report

06/30/12-much ongoing litigation; sale approved and expected to close 7/25.  Many items to pursue including IRS audit, criminal probe of former officer, preference recoveries.

06/14/12-filed May 2012 Ch 11 Trustee report

05/31/12-filed Apr 2012 Ch 11 Trustee report

05/04/12-filed Mar. 2012 Ch 11 Trustee report

04/30/12-sale/converstion set for May 22, 2012.  Much additional ongoing litigation.

04/11/12-filed Feb. 2012 Ch 11 Trustee report

03/13/12-filed Jan 2012 Ch 11 Trustee report

02/08/12-filed Oct 2011, Nov 2011 & Dec 2011 Ch 11 Trustee reports

11/22/11-appointed Ch 11 Trustee; case filed 5/2010

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012   **Current Projected Date Of Final Report (TFR):**   April 13, 2018  (Actual)

Printed: 12/04/2018 11:15 AM   V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 10-05786 | **Trustee:** THOMAS R. TIBBLE (420150) |
| **Case Name:** MICHIGAN BIODIESEL LLC | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******89-66 - Checking Account |
| **Taxpayer ID #:** **-***4902 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/04/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/04/2018 11:15 AM   V.14.14

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-05786 | | Trustee: | THOMAS R. TIBBLE (420150) |
|---|---|---|---|---|
| Case Name: | MICHIGAN BIODIESEL LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******89-67 - Checking Account |
| Taxpayer ID #: | **-***4902 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/04/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/27/12 | | First American Title Insurance | per 6/20/12 Order; settlement of MBD Rescue 544 claim. Conversion to Ch 7 not yet complete; funds xferred to TrustWorks acct 8/21/12 | 9999-000 | 15,000.00 | | 15,000.00 |
| 07/27/12 | | First American Title Insurance | closing proceeds; conversion delayed, xferred to Ch 11 TrustWorks | 9999-000 | 24,897.91 | | 39,897.91 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 9999-000 | | 25.00 | 39,872.91 |
| 08/21/12 | | Michigan BioDiesel | x-fer of funds to Ch 11 TrustWorks acct -conversion not yet complete | 9999-000 | | 39,872.91 | 0.00 |
| | | | ACCOUNT TOTALS | | 39,897.91 | 39,897.91 | $0.00 |
| | | | Less: Bank Transfers | | 39,897.91 | 39,897.91 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 12/04/2018 11:15 AM    V.14.14

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-05786
**Case Name:** MICHIGAN BIODIESEL LLC

**Taxpayer ID #:** **-***4902
**Period Ending:** 12/04/18

**Trustee:** THOMAS R. TIBBLE (420150)
**Bank Name:** Rabobank, N.A.
**Account:** ******2067 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/13 | {8} | Foster Energy Services | preference recovery | 1241-000 | 8,422.00 | | 8,422.00 |
| 02/15/13 | {2} | Indiana Michigan Power Co | adversary settlement | 1249-000 | 4,027.36 | | 12,449.36 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.63 | 12,436.73 |
| 03/15/13 | {9} | CARUS CORPORATION | PAYMENT ON SETTLEMENT | 1249-000 | 4,777.75 | | 17,214.48 |
| 03/22/13 | {3} | Fifth Third Bank | Court approved monies from tax escrow | 1290-010 | 225,000.00 | | 242,214.48 |
| 03/22/13 | {3} | Fifth Third Bank | balance of Ch 11 funds from operating acct | 1290-010 | 27,000.00 | | 269,214.48 |
| 04/02/13 | {10} | NATIONWIDE AGRIBUSINESS | PREMIUM REFUND | 1290-000 | 2,390.00 | | 271,604.48 |
| 06/07/13 | {5} | Hunt Farms Inc | payment on settlement | 1249-000 | 10,000.00 | | 281,604.48 |
| 06/07/13 | {5} | Melvin Koelling | settlement per mediation | 1249-000 | 28,571.43 | | 310,175.91 |
| 06/19/13 | {3} | Thomas Tibble, Chapter 11 Trustee | xfer balance of Ch 11 funds to Ch 7 account | 1290-010 | 25,872.91 | | 336,048.82 |
| 06/19/13 | | From Account #******2068 | transfer funds to correct account--Carroll Wamhoff pmt on settlement | 9999-000 | 28,571.43 | | 364,620.25 |
| 07/12/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 1,320.20 | 363,300.05 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 575.69 | 362,724.36 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 521.72 | 362,202.64 |
| 09/06/13 | 10101 | Miller Johnson | trustee attorney fees p/o 8/6/13 | 3210-000 | | 86,000.00 | 276,202.64 |
| 09/06/13 | 10102 | Miller Johnson | Tall Pines litigation expenses p/o 8/6/13 | 3220-000 | | 5,439.08 | 270,763.56 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 425.51 | 270,338.05 |
| 10/10/13 | | From Account #******2068 | transfer funds to correct account-R.Nuncian & Assoc. pmt on settlement | 9999-000 | 1,000.00 | | 271,338.05 |
| 10/18/13 | | From Account #******2068 | transfer funds to correct account-Hunt Farms Inc pmt on settlement | 9999-000 | 18,571.43 | | 289,909.48 |
| 10/23/13 | {5} | Winslow Farms | payment of Winslow Farms portion of settlement | 1249-000 | 28,571.43 | | 318,480.91 |
| 10/23/13 | {5} | Seven Oaks Seed Company | payment of J.Oakley portion of settlement | 1249-000 | 28,571.43 | | 347,052.34 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 461.88 | 346,590.46 |
| 11/01/13 | {5} | TURBO FARMS LLC | PAYMENT ON SETTLEMENT BY RICK NOBACH | 1249-000 | 28,500.00 | | 375,090.46 |
| 11/01/13 | {5} | JOHN JELINEK | PAYMENT ON SETTLEMENT | 1249-000 | 28,571.43 | | 403,661.89 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 531.02 | 403,130.87 |
| 12/03/13 | | From Account #******2068 | transfer funds to correct account-Turbo Farms LLC pmt on settlement | 9999-000 | 71.64 | | 403,202.51 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 769.67 | 402,432.84 |
| 01/14/14 | | From Account #******2069 | reimburse gen'l funds for Tall Pines atty fees/exp per 1/10/14 email from atty Piggins | 9999-000 | 12,239.89 | | 414,672.73 |
| 01/20/14 | 10103 | Michigan Protein | reimburse defendant attorney fees and | 6990-000 | | 12,319.55 | 402,353.18 |

Subtotals : $510,730.13  $108,376.95

{} Asset reference(s)

Printed: 12/04/2018 11:15 AM   V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 10-05786 | | Trustee: | THOMAS R. TIBBLE (420150) |
|---|---|---|---|---|
| Case Name: | MICHIGAN BIODIESEL LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2067 - Checking Account |
| Taxpayer ID #: | **-***4902 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/04/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | expenses per 1/14/14 Order for Adv. 12-80339 | | | | |
| 01/20/14 | 10104 | Michigan Protein | reimburse defendant attorney expenses per 1/14/14 Order<br>Voided on 01/20/14 | 6990-000 | | 123.55 | 402,229.63 |
| 01/20/14 | 10104 | Michigan Protein | reimburse defendant attorney expenses per 1/14/14 Order<br>Voided: check issued on 01/20/14 | 6990-000 | | -123.55 | 402,353.18 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,013.70 | 401,339.48 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 898.24 | 400,441.24 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 929.07 | 399,512.17 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,023.84 | 398,488.33 |
| 05/14/14 | 10105 | Frank & Frank PC | settlement of counsel fees p/o 5/7/14 | 6210-160 | | 15,000.00 | 383,488.33 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 939.37 | 382,548.96 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 790.76 | 381,758.20 |
| 07/10/14 | 10106 | Neil J. Hirshberg PC | settlement of special counsel fees per Order 6/13/14 | 3210-600 | | 19,110.00 | 362,648.20 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 883.99 | 361,764.21 |
| 08/12/14 | {7} | FARMERS GRAIN EXPRESS, INC. | PAYMENT ON SETTLEMENT | 1249-000 | 15,000.00 | | 376,764.21 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 773.36 | 375,990.85 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 862.50 | 375,128.35 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 834.26 | 374,294.09 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 725.54 | 373,568.55 |
| 12/22/14 | 10107 | Miller Johnson | trustee atty fees p/o 12/19/14<br>Voided on 12/22/14 | 6110-000 | | 79,219.38 | 294,349.17 |
| 12/22/14 | 10107 | Miller Johnson | trustee atty fees p/o 12/19/14<br>Voided: check issued on 12/22/14 | 6110-000 | | -79,219.38 | 373,568.55 |
| 12/22/14 | 10108 | Miller Johnson | trustee atty expenses p/o 12/19/14 | 6120-000 | | 7,251.62 | 366,316.93 |
| 12/22/14 | 10109 | Miller Johnson | trustee atty fees p/o 12/19/14 | 6110-000 | | 86,471.00 | 279,845.93 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 903.09 | 278,942.84 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 662.72 | 278,280.12 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 617.65 | 277,662.47 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 704.94 | 276,957.53 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 659.87 | 276,297.66 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 636.95 | 275,660.71 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 701.87 | 274,958.84 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 678.89 | 274,279.95 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 634.15 | 273,645.80 |

Subtotals : $15,000.00 $143,707.38

{} Asset reference(s)

Printed: 12/04/2018 11:15 AM    V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 10-05786 | Trustee: | THOMAS R. TIBBLE (420150) |
|---|---|---|---|
| Case Name: | MICHIGAN BIODIESEL LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******2067 - Checking Account |
| Taxpayer ID #: | **-***4902 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/04/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 698.84 | 272,946.96 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 654.10 | 272,292.86 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 631.39 | 271,661.47 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 717.54 | 270,943.93 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 627.85 | 270,316.08 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 626.92 | 269,689.16 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 712.49 | 268,976.67 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 625.06 | 268,351.61 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 624.20 | 267,727.41 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 709.40 | 267,018.01 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 622.35 | 266,395.66 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 707.21 | 265,688.45 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 641.90 | 265,046.55 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 619.61 | 264,426.94 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 682.82 | 263,744.12 |
| 04/13/17 | 10110 | Miller Johnson | trustee atty fees p/o 4/6/17 | 3210-000 | | 124,927.89 | 138,816.23 |
| 04/13/17 | 10111 | Miller Johnson | trustee atty expenses p/o 4/6/17 | 3220-000 | | 14,443.87 | 124,372.36 |
| 04/17/17 | 10112 | Tibble & Wesler CPA | trustee accountant fees p/o 4/15/17 | 3310-000 | | 35,631.50 | 88,740.86 |
| 05/21/18 | | From Account #******2068 | Transfer to Regular Checking for TFR distribution | 9999-000 | 651,038.73 | | 739,779.59 |
| 05/21/18 | | From Account #******2069 | Transfer to Regular Checking for TFR distribution | 9999-000 | 266,036.38 | | 1,005,815.97 |
| 05/21/18 | 10113 | THOMAS R. TIBBLE | Dividend paid 100.00% on $48,687.38, Trustee Compensation;  Reference: | 2100-000 | | 48,687.38 | 957,128.59 |
| 05/21/18 | 10114 | THOMAS R. TIBBLE | Dividend paid 100.00% on $6,803.94, Trustee Expenses;  Reference: | 2200-000 | | 6,803.94 | 950,324.65 |
| 05/21/18 | 10115 | UNITED STATES BANKRUPTCY COURT | Dividend paid 100.00% on $6,153.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 6,153.00 | 944,171.65 |
| 05/21/18 | 10116 | Office of the United States Trustee | Dividend paid 100.00% on $975.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 975.00 | 943,196.65 |
| 05/21/18 | 10117 | Thomas Tibble, Trustee | Dividend paid 100.00% on $114,081.82, Trustee Compensation (Chapter 11); Reference: | 6101-000 | | 114,081.82 | 829,114.83 |
| 05/21/18 | 10118 | Thomas Tibble, Trustee | Dividend paid 100.00% on $2,711.50, Trustee Expenses (Chapter 11);  Reference: | 6102-000 | | 2,711.50 | 826,403.33 |
| 05/21/18 | 10119 | Internal Revenue Service | Dividend paid 100.00% on $629,549.36; Claim# 9 -2; Filed: $10,543,063.31; Reference: | 5800-000 | | 629,549.36 | 196,853.97 |

Subtotals :   $917,075.11   $993,866.94

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 10-05786  
**Case Name:** MICHIGAN BIODIESEL LLC  

**Taxpayer ID #:** **-***4902  
**Period Ending:** 12/04/18

**Trustee:** THOMAS R. TIBBLE (420150)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2067 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/21/18 | 10120 | Ashland Inc | Dividend paid  12.81% on $19,000.00; Claim# 1; Filed: $19,000.00; Reference: | 7100-000 | | 2,435.28 | 194,418.69 |
| 05/21/18 | 10121 | Arrow Uniform | Dividend paid  12.81% on $506.62; Claim# 2; Filed: $506.62; Reference:  Stopped on 06/14/18 | 7100-000 | | 64.93 | 194,353.76 |
| 05/21/18 | 10122 | ROI-NA Inc fka IPA | Dividend paid  12.81% on $7,229.28; Claim# 6; Filed: $7,229.28; Reference: | 7100-000 | | 926.59 | 193,427.17 |
| 05/21/18 | 10123 | Brenner Oil Company | Dividend paid  12.81% on $1,506,841.30; Claim# 10; Filed: $1,506,841.30; Reference: | 7100-000 | | 193,134.78 | 292.39 |
| 05/21/18 | 10124 | Pathfinder Engineering, Inc. | Dividend paid  12.81% on $2,281.25; Claim# 15; Filed: $2,281.25; Reference: | 7100-000 | | 292.39 | 0.00 |
| 06/14/18 | 10121 | Arrow Uniform | Dividend paid  12.81% on $506.62; Claim# 2; Filed: $506.62; Reference:  Stopped: check issued on 05/21/18 | 7100-000 | | -64.93 | 64.93 |
| 09/25/18 | 10125 | Brenner Oil Company | Dividend paid  12.82% on $1,506,841.30; Claim# 10; Filed: $1,506,841.30; Reference: | 7100-000 | | 63.73 | 1.20 |
| 09/25/18 | 10126 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 1.20 | 0.00 |
| | | | Dividend paid  12.82%   0.79 on $19,000.00;  Claim# 1; Filed: $19,000.00 | 7100-001 | | | 0.00 |
| | | | Dividend paid  12.82%   0.31 on $7,229.28;  Claim# 6; Filed: $7,229.28 | 7100-001 | | | 0.00 |
| | | | Dividend paid  12.82%   0.10 on $2,281.25;  Claim# 15; Filed: $2,281.25 | 7100-001 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,442,805.24 | 1,442,805.24 | **$0.00** |
| | | | Less: Bank Transfers | | 977,529.50 | 0.00 | |
| | | | **Subtotal** | | 465,275.74 | 1,442,805.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$465,275.74** | **$1,442,805.24** | |

{} Asset reference(s)

Printed: 12/04/2018 11:15 AM    V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 10-05786 | | Trustee: | THOMAS R. TIBBLE (420150) |
|---|---|---|---|---|
| Case Name: | MICHIGAN BIODIESEL LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2068 - Tax Escrow Account |
| Taxpayer ID #: | **-***4902 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/04/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/22/13 | {4} | Fifth Third Bank | transfer of Ch 11 funds to IRS settlement escrow acct | 1290-010 | 685,818.98 | | 685,818.98 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.66 | 685,619.32 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,468.04 | 684,151.28 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,420.54 | 682,730.74 |
| 06/14/13 | {5} | CARROLL WAMHOFF | PAYMENT ON SETTLEMENT | 1249-000 | 28,571.43 | | 711,302.17 |
| 06/19/13 | | To Account #******2067 | transfer funds to correct account--Carroll Wamhoff pmt on settlement | 9999-000 | | 28,571.43 | 682,730.74 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,339.44 | 681,391.30 |
| 07/12/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -4,427.68 | 685,818.98 |
| 09/10/13 | {5} | RICHARD NUCIAN & ASSOCIATES LLC | PAYMENT ON SETTLEMENT | 1249-000 | 1,000.00 | | 686,818.98 |
| 10/10/13 | | To Account #******2067 | transfer funds to correct account-R.Nuncian & Assoc. pmt on settlement | 9999-000 | | 1,000.00 | 685,818.98 |
| 10/15/13 | {5} | Hunt Farms Inc | for William Hunt's portion of settlement | 1249-000 | 18,571.43 | | 704,390.41 |
| 10/18/13 | | To Account #******2067 | transfer funds to correct account-Hunt Farms Inc pmt on settlement | 9999-000 | | 18,571.43 | 685,818.98 |
| 11/07/13 | {5} | TURBO FARMS, LLC. | PAYMENT ON SETTLEMENT~BALANCE OWING FROM RICK NOBACH | 1249-000 | 71.64 | | 685,890.62 |
| 12/03/13 | | To Account #******2067 | transfer funds to correct account-Turbo Farms LLC pmt on settlement | 9999-000 | | 71.64 | 685,818.98 |
| 04/12/17 | 101 | Swanson Midgley LLC | trustee special counsel fees p/o 4/6/17 | 3210-600 | | 32,799.75 | 653,019.23 |
| 04/12/17 | 102 | Swanson Midgley LLC | trustee special counsel expenses p/o 4/6/17 | 3220-610 | | 1,980.50 | 651,038.73 |
| 05/21/18 | | To Account #******2067 | Transfer to Regular Checking for TFR distribution | 9999-000 | | 651,038.73 | 0.00 |
| | | | ACCOUNT TOTALS | | 734,033.48 | 734,033.48 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 699,253.23 | |
| | | | Subtotal | | 734,033.48 | 34,780.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $734,033.48 | $34,780.25 | |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 10-05786  
**Case Name:** MICHIGAN BIODIESEL LLC  

**Taxpayer ID #:** **-***4902  
**Period Ending:** 12/04/18  

**Trustee:** THOMAS R. TIBBLE (420150)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2069 - Adversary Settlements  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/13 | {7} | Freedom Industries | adversary settlement | 1249-000 | 169,000.00 | | 169,000.00 |
| 12/20/13 | {7} | IWL, INC. | PAYMENT ON SETTLEMENT | 1249-000 | 111,000.00 | | 280,000.00 |
| 01/14/14 | | To Account #******2067 | reimburse gen'l funds for Tall Pines atty fees/exp per 1/10/14 email from atty Piggins | 9999-000 | | 12,239.89 | 267,760.11 |
| 05/22/14 | 101 | Miller Johnson | trustee atty fees p/o 5/19/14 | 3210-000 | | 80,445.50 | 187,314.61 |
| 05/22/14 | 102 | Miller Johnson | trustee attorney expenses p/o 5/19/14 | 3220-000 | | 1,137.45 | 186,177.16 |
| 12/22/14 | 103 | Miller Johnson | trustee atty fees p/o 12/19/14 | 6110-000 | | 4,365.00 | 181,812.16 |
| 12/22/16 | {7} | STATE FARM FIRE AND CASUALTY COMPANY | PAYMENT ON SETTLEMENT - PARTIAL PAYMENT - INSURED: DANIELS, TONY E., CLAIM NO: 25-885W-217, LOSS DATE: 05-27-2016 | 1249-000 | 123,228.33 | | 305,040.49 |
| 12/29/16 | {7} | STATE FARM FIRE AND CASUALTY COMPANY | PAYMENT ON SETTLEMENT - Insured: Tony E. Daniels & Dawn Angel Chick-Daniels - Claim No: 25-885W-217 Loss Date: 05-27-2016 | 1249-000 | 281.90 | | 305,322.39 |
| 12/29/16 | {7} | STATE FARM FIRE AND CASUALTY COMPANY | PAYMENT ON SETTLEMENT - Insured: Tony E. Daniels & Dawn Angel Chick-Daniels - claim No: 25-885W-217 - Loss Date: 05-27-2016 | 1249-000 | 19,489.77 | | 324,812.16 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 680.36 | 324,131.80 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 901.79 | 323,230.01 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 787.99 | 322,442.02 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 871.24 | 321,570.78 |
| 04/13/17 | 104 | Miller Johnson | trustee atty fees p/o 4/6/17 | 3210-000 | | 51,305.50 | 270,265.28 |
| 04/13/17 | 105 | Miller Johnson | trustee atty expenses p/o 4/6/17 | 3210-600 | | 1,982.99 | 268,282.29 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 676.40 | 267,605.89 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 563.80 | 267,042.09 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 511.74 | 266,530.35 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 493.97 | 266,036.38 |
| 05/21/18 | | To Account #******2067 | Transfer to Regular Checking for TFR distribution | 9999-000 | | 266,036.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 423,000.00 | 423,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 278,276.27 | |
| | | | **Subtotal** | | 423,000.00 | 144,723.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$423,000.00** | **$144,723.73** | |

{} Asset reference(s)

Printed: 12/04/2018 11:15 AM V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

| | |
|---|---|
| **Case Number:** 10-05786 | **Trustee:** THOMAS R. TIBBLE (420150) |
| **Case Name:** MICHIGAN BIODIESEL LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******2069 - Adversary Settlements |
| **Taxpayer ID #:** **-***4902 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/04/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******89-66 | 0.00 | 0.00 | 0.00 |
| Checking # ****-******89-67 | 0.00 | 0.00 | 0.00 |
| Checking # ******2067 | 465,275.74 | 1,442,805.24 | 0.00 |
| Checking # ******2068 | 734,033.48 | 34,780.25 | 0.00 |
| Checking # ******2069 | 423,000.00 | 144,723.73 | 0.00 |
| | $1,622,309.22 | $1,622,309.22 | $0.00 |

{} Asset reference(s)

Printed: 12/04/2018 11:15 AM  V.14.14